# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Marsha Flight, et al., | Civil No. 11-1761 (RHK/TNL) |
| Plaintiffs, | |
| vs. | |
| Caldera Medical, Inc., | |
| Defendant. | **DISQUALIFICATION AND** <br> **ORDER FOR REASSIGNMENT** |

-------------------------------------------------------

| | |
|---|---|
| Amy Wells, et al., | Civil No. 11-2141 (RHK/TNL) |
| Plaintiffs, | |
| vs. | |
| American Medical Systems, Inc., | |
| Defendant. | |

-------------------------------------------------------

| | |
|---|---|
| Bobby Fearn, et al., | Civil No. 11-2502 (RHK/TNL) |
| Plaintiffs, | |
| vs. | |
| American Medical Systems, Inc., | |
| Defendant. | |

------------------------------------------------------

| | |
|---|---|
| JoAnn Hill, | Civil No. 11-2589 (RHK/TNL) |
| Plaintiff, | |
| vs. | |
| American Medical Systems, Inc., | |
| Defendant. | |

------------------------------------------------------

| | |
|---|---|
| Carol S. Austin-Fink, | Civil No. 11-3635 (RHK/TNL) |
| Plaintiff, | |
| vs. | |
| American Medical Systems, Inc., | |
| Defendant. | |

------------------------------------------------------

| | |
|---|---|
| Roberta Laswell, | Civil No. 11-3703 (RHK/TNL) |
| Plaintiff, | |
| vs. | |
| American Medical Systems, Inc., | |
| Defendant. | |

_____

Each of the above-entitled proceedings has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from each of the above proceedings. Accordingly,

3

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, each of the above-captioned proceedings shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in each of the above-captioned proceedings.

Dated:  January 18, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
